1  ELIZABETH STRANGE
   First Assistant United States Attorney
2  District of Arizona
   **BRADLEY BAUGHER** (AZ State Bar No. 032920)
3  Special Assistant United States Attorney
   ATTN:  ATZS-JAE (CPT Bradley Baugher)
4  Fort Huachuca, AZ  85613-7025
   Email : bradley.a.baugher.mil@mail.mil
5  Phone:  (520) 533-0580
   Attorneys for Plaintiff
6

```
                           ┌─────────────────────────────┐
                           │ √   FILED    ___    LODGED   │
                           │     RECEIVED        COPY     │
                           │                              │
                           │        MAY - 2 2018          │
                           │                              │
                           │   CLERK US DISTRICT COURT    │
                           │     DISTRICT OF ARIZONA      │
                           │ BY _____  DEPUTY  │
                           └─────────────────────────────┘
```

7              **IN THE UNITED STATES DISTRICT COURT**

8                 **FOR THE DISTRICT OF ARIZONA**

9

10  UNITED STATES OF AMERICA,        )  **Case No:** 18-CR-722-N/A-BGM
                                     )  **INFORMATION**
11              Plaintiff,           )  **(Class A & B Misdemeanors)**
                                     )
12  vs.                              )  **18 U.S.C. § 795.  Photographing and**
                                     )  **Sketching Defense Installations (Class A**
13  JAMES A. SPRINGER,               )  **Misdemeanor)**
                                     )
14              Defendant.           )  **18 U.S.C. § 1382.  Entering Military, Naval,**
                                     )  **or Coast Guard Property (Class B**
15                                   )  **Misdemeanor)**
                                     )
16                                   )

17

18  **THE FIRST ASSISTANT UNITED STATES ATTORNEY CHARGES**

19

20

21                            **COUNT I**

22   **18 U.S.C. § 795. Photographing and Sketching Defense Installations**

23        On or about 20 March 2018, on Fort Huachuca, a federal military reservation within

24   the District of Arizona, James Springer did intentionally audio and visually record an

25

26   access control point at an entrance to Fort Huachuca, in violation of 18 U.S.C. § 795, a

27   Federal Class A Misdemeanor.

28

1

2

## COUNT II

3

**18 U.S.C. § 1382. Entering Military, Naval, or Coast Guard Property**

4

On or about 20 March 2018, on Fort Huachuca, a federal military reservation within

5

the District of Arizona, James Springer did intentionally enter Fort Huachuca, a designated

6

7

United States military installation, in order to unlawfully audio and visually record the

8

installation in violation of 18 U.S.C. § 1382, a Federal Class B Misdemeanor.

9

Respectfully submitted this 2nd day of May, 2018.

10

11

ELIZABETH STRANGE
First Assistant U.S. Attorney
District of Arizona

12

13

14

BRADLEY A. BAUGHER
Special Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28