ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BRADLEY A. BAUGHER
Special Assistant United States Attorney
ATTN: ATZS-JAE (CPT Bradley Baugher)
Fort Huachuca, AZ 85613-7025
Email : bradley.a.baugher.mil@mail.mil
Phone: (520) 533-0580
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

JUN - 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 4:18-cr-00722-N/A-BGM |
| Plaintiff, | INFORMATION<br>(Class A & B Misdemeanors) |
| vs. | 18 U.S.C. § 795. Photographing and Sketching Defense Installations (Class A) |
| James Alan Springer, | 18 U.S.C. § 797. Publication and Sale of Photographs of Defense Installations (Class A) |
| Defendant. | 18 U.S.C. § 1382. Entering Military, Naval, or Coast Guard Property (Class B) |
| | A.R.S. § 28-622. Failure to Comply with Police Officer (Class B) |

**COUNT I**

**18 U.S.C. § 795. Photographing and Sketching Defense Installations**

On or about 20 March 2018, at approximately 4:20 pm within the jurisdiction of the United States, the defendant went upon Fort Huachuca, a federal military installation located in the District of Arizona, in order to, and willfully did, video record a defense installation, in violation of 18 U.S.C. § 795, a Federal Class A Misdemeanor.

## COUNT II

**18 U.S.C. § 797. Publication and Sale of Photographs of Defense Installations**

On or about 20 March 2018, at approximately 4:20 pm within the jurisdiction of the United States, the defendant went upon Fort Huachuca, a federal military installation in the District of Arizona, in order to, and willfully did, video record a defense installation and publish that video recording, to wit: broadcast video on the web-based video platform YouTube, in violation of 18 U.S.C. § 797, a Federal Class A Misdemeanor.

## COUNT III

**18 U.S.C. § 1382. Entering Military, Naval, or Coast Guard Property**

On or about 20 March 2018, at approximately 4:20 pm within the jurisdiction of the United States, the defendant went upon Fort Huachuca, a federal military installation located in the District of Arizona, for a purpose prohibited by law or lawful regulation, to wit: willfully video record the installation and publish that video recording, in violation of 18 U.S.C. § 1382, a Federal Class B Misdemeanor.

## COUNT IV

**A.R.S. § 28-622. Failure to Comply with Police Officer**

On or about 20 March 2018, at approximately 4:20 pm on the Fort Huachuca military installation in the District of Arizona, the defendant willfully failed or refused to comply with the lawful orders and directions of Officer William J. Fisher, a police officer invested by law with authority to direct, control, or regulate traffic in violation of A.R.S. § 28-622, an Arizona Class Two Misdemeanor, as assimilated by the Federal Assimilative

Crimes Act, 18 U.S.C. §§ 7 and 13, a Federal Class B Misdemeanor.

Respectfully submitted this 6th day of June, 2018.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

BRADLEY A. BAUGHER
Special Assistant U.S. Attorney

- 3 -