Thomas E. Higgins
LAW OFFICES OF THOMAS E. HIGGINS, P.L.L.C.
325 West Franklin Street
Tucson, Arizona 85701
(520) 624-8663
State Bar No: 04324

Attorney for James A. Springer

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-00722-001-TUC-BGM |
| Plaintiff, | |
| v. | |
| JAMES ALLEN SPRINGER, | SUBSTITUTION OF COUNSEL |
| Defendant. | |

Thomas E. Higgins, Attorney at Law, 325 W. Franklin Street, Tucson, AZ 85701, enters his formal Substitution of Counsel for and on behalf of Defendant, James Allen Springer, in place of Christopher L. Barr, who defendant had retained for representation, in the above-entitled case for all proceedings herein. Defense Counsel is aware of all upcoming dates pertaining to this case which there bench trial set for August 17, 2018 and a Status Conference set for August 10, 2018 also the Status conference set on August 3, 2018 for a revocation hearing

**RESPECTFULLY SUBMITTED** this 2nd day of August, 2018.

*LAW OFFICES OF*
*THOMAS E. HIGGINS, P.L.L.C.*

By: Thomas E. Higgins
Attorney for **James Allen Springer**

James Allen Springer- Defendant

| | |
|---|---|
| 1 | |
| 2 | Original filed via CM/ECF this date above to: |
| 3 | |
| 4 | Clerk's Office<br>United States District Court - Tucson |
| 5 | Bradley Allen Baugher<br>Special Assistant United States Attorney |
| 6 | United States Attorney's Office - Tucson |
| 7 | Christopher Barr<br>3260 N. Hayden Rd. Ste. 210 |
| 8 | Scottsdale, AZ 85251 |