

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America | Case Number: 18-00722CR-01-TUC-BGM |
|---|---|
| v. | **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE** |
| James Alan Springer | |

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X _____
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.    X _____
*Defendant's signature*

The United States consents to the jury-trial waiver:    _____
*Government representative's signature*

AUSA
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

Thomas Edward Higgins, Jr., Retained
*Printed name of defendant's attorney (if any)*

_____
*Signature of defendant's attorney (if any)*

Date: August 10, 2018    Approved by: _____
Bruce G. Macdonald, United States Magistrate Judge

---

FILED ___ LODGED
RECEIVED ___ COPY

AUG 1 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY