**THOMAS E. HIGGINS**
Law Offices of Thomas E. Higgins, P.L.L.C.
325 West Franklin Street
Tucson, Arizona 85701
(520) 624-8663
higginsinvail@aol.com
State Bar No: 04324

**Attorney for** James Alan Springer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR18-00722-BGM |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| v. | |
| **JAMES ALAN SPRINGER**, | |
| Defendant. | |

  Counsel undersigned, Thomas E. Higgins, hereby motions this Court to allow him to withdraw as counsel of record for Defendant JAMES ALAN SPRINGER, in the above-captioned case. This request is made for the following justifiable reason(s):

1. Communication between Mr. Springer and defense counsel has broken down completely.
2. On Tuesday, May 28, 2019, Mr. Springer indicated to defense counsel that he wanted to proceed "pro se".
3. Mr. Springer does not have the file in this matter and should the Court grant this motion it is unlikely that Mr. Springer will be prepared for the current trial date of June 7, 2019.

  Therefore counsel requests that he be withdrawn and Mr. Springer be allowed to represent himself.

**RESPECTFULLY SUBMITTED** this 29th day of May, 2019.

*LAW OFFICES OF*
*THOMAS E. HIGGINS*


/*Thomas E. Higgins*
By: Thomas E. Higgins
Attorney for James Alan Springer

Original filed this date via CM/ECF to:

United States District Court
Clerk's Office

Assigned Assistant U.S. Attorney
Capt. Bradley Baugher - JAG