MICHAEL G. BAILEY
United States Attorney
District of Arizona
JASMINE N. LITTLE
Special Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 533-0580
Email: jasmine.n.little.mil@mail.mil
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | |
|---|---|
| Plaintiff, | 18-cr-00722-BGM |
| vs. | |
| James Alan Springer, | MOTION TO DISMISS INFORMATION |
| Defendant. | |

THE UNITED STATES OF AMERICA, by and through undersigned counsel, respectfully moves the Court to dismiss the information without prejudice for the above-captioned defendant, and in support thereof, states that in the interest of justice the complaint should be dismissed.

Respectfully submitted this 9th day of September, 2019.

MICHAEL G. BAILEY
United States Attorney
District of Arizona

s/Jasmine N. Little
JASMINE N. LITTLE
Special Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 9th day of September, 2019:

All ECF Participants