# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-0722-TUC-BGM |
| Plaintiff, | |
| v. | **ORDER** |
| James Alan Springer, | |
| Defendant. | |

Currently pending before the Court is the Government's Motion to Dismiss Information (Doc. 56). Having reviewed the same, IT IS HEREBY ORDERED that the Government's Motion (Doc. 56) is GRANTED.

IT IS FURTHER ORDERED that the Information (Doc. 1) as to Defendant James Alan Springer is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all other pending motions are denied as moot and any hearings are vacated.

Dated this 11th day of September, 2019.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge